# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOLMES,<br><br>               Plaintiff,<br><br>   v.<br><br>PEREZ, *et al.*,<br><br>              Defendants. | Case No.  1:21-cv-01367-NONE-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

      Plaintiff Robert Holmes ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

      Plaintiff initiated this action on September 13, 2021, together with a notice regarding payment of the filing fee. (ECF Nos. 1, 2.) In the notice, Plaintiff states that he has authorized his inmate trust account to be charged $350.00 to pay the full filing fee to the Court for this action. (ECF No. 2.) Plaintiff states that the payment was submitted in a separate mailing which should be received any day now by the Court. (*Id.*)

      Plaintiff's $350.00 payment has been returned. Plaintiff is informed that the full filing fee amount for civil actions is $402.00, which is the $350.00 filing fee plus a $52.00 administrative fee. Plaintiff must therefore submit the full $402.00 filing fee amount (no partial payments will be accepted) or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

///

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, together with a certified copy of his inmate trust account statement, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **October 13, 2021**                     /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE